AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America <br> v. <br> Jonathan Elquan LEON, II <br> *Defendant(s)* | ) ) ) ) ) ) ) <br> Case No. 2:23-mj-713 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 22, 2023** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Possession a Firearm after Being Convicted of a Crime Punishable by more than 1 year in Prison |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

ATF Task Force Officer Brian V. Boesch
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/29/2023

Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

City and state: Columbus, OH

U.S. Magistrate Judge Chelsey M. Vascura
*Printed name and title*