AO 91 (Rev. 11/11) Criminal Complaint

## ATTACHMENT A

I, Brian V. Boesch, being duly sworn, depose and state that:

I have been a police officer with the Columbus Division of Police since November of 1994. I am currently assigned as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so assigned since July of 2014. I was previously assigned as a robbery detective for eight and a half years and successfully investigated robberies and extortions. As a Task Force Officer, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

1. On or about December 22, 2023, Columbus Police patrol officers observed a silver Ford Fusion pass them at a high rate of speed westbound on E. Main St. As the officers attempted to catch up to the vehicle, they observed the driver fail to signal as he changed lanes and failed to maintain a continuous lane of travel. The officers conducted a traffic stop on the vehicle at S. High St. and E. Rich St.

2. The officers noted that the registration displayed on the vehicle was KEX6107. The officers made contact with the driver, Jonathan E. LEON, II. The officers discovered LEON was driving with a suspended driver's license. The officers then placed LEON under arrest for driving under suspension and removed him from the vehicle.

3. As the officers were conducting an inventory of the vehicle, they discovered a loaded Taurus H40, .40 caliber handgun, bearing serial number ACL505421, holstered in the trunk of the car. LEON told the officers that he was the only person with access to the car that day. The registration for the car came back to LEON. Gun Crimes Detective Ryan Steele interviewed LEON after advising him of his constitutional rights and LEON admitted to handling the handgun earlier in the evening. LEON was arrested and charged with one State of Ohio count of Having Weapons Under Disability and slated at the Franklin County Jail.

4. On May 17, 2017, LEON was sentenced to 113 months for one count of Bank Robbery, 18 U.S.C. 2113(a) and one count of Brandishing a Firearm during a Crime of Violence, 18 U.S.C. 924(c)(1)(A)(ii) in the Sothern District of Ohio, case number 2:15cr239. LEON was released from the custody of the Federal Bureau of Prisons on November 24. 2023. LEON therefore is prohibited from possessing a firearm.

Brian V. Boesch, ATF Task Force Officer

Sworn to before me and signed in my presence.

Chelsey M. Vascura
U.S. Magistrate Judge

12/29/2023
Date