# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN E. LEON, II,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT 1

### (Possession of a Firearm by a Convicted Felon)

1. On or about December 22, 2023, in the Southern District of Ohio, the defendant, **JONATHAN E. LEON, II**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Taurus H40, .40 caliber handgun, bearing serial number ACL505421, and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in this Indictment, the defendant, **JONATHAN E. LEON, II**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the firearm involved in or used in such offense, a Taurus H40, .40 caliber handgun, bearing serial number ACL505421, and any associated ammunition or magazine.

**Forfeiture in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL**

**s/foreperson**
**FOREPERSON**


**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*[signature]*

**TIMOTHY D. PRICHARD (0059455)**
**Assistant United States Attorney**