United States District Court
Southern District of Ohio

## Related Case Memorandum
## Criminal Cases

TO: Judge Watson and Judge Sargus

FROM: Spencer D. Harris , Deputy Clerk

DATE: 1/12/24

SUBJECT: Case Caption: USA v. Jonathan E. Leon, II

CASE: Case Number: 2:24-CR-006

DISTRICT JUDGE: Judge Watson

File Date: 1/11/2024

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **USA v. Groce, et al.,**

Case Number: **2:15-CR-239 (01, 02)**   District Judge: **Sargus**

File Date: **10/22/2015**   Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:   District Judge:

File Date:   Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk     <u>**Spencer D. Harris**</u>
as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge    _Sargus_

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

_/s/ Michael H. Watson_
United States District Judge

s/Edmund A. Sargus, Jr. 1/17/24
United States District Judge

United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*